GEORGE M. RANALLI, ESQ.
Nevada Bar No. 5748
**RANALLI ZANIEL FOWLER & MORAN, LLC**
2400 W. Horizon Ridge Parkway
Henderson, Nevada 89052
Telephone: (702) 477-7774
ranalliservice@ranallilawyers.com
Attorney for Defendant,
*CERCA TROVA SOUTHWEST RESTAURANT GROUP, LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERTA REED, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>OUTBACK STEAKHOUSE OF FLORIDA, LLC, a foreign limited liability company; CERCA TROVA SOUTHWEST RESTAURANT GROUP, LLC, a foreign limited liability company; DOES 1 through 10; ROE CORPORATIONS 11 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30<br><br>Defendants. | **Case No.: 2:19-cv-00011-JCM-VCF** |

**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE FOR CLAIMS AGAINST DEFENDANT CERCA TROVA SOUTHWEST RESTAURANT GROUP, LLC, ONLY**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, ROBERTA REED, and Defendant, CERCA TROVA SOUTHWEST RESTAURANT GROUP, LLC, by and through their respective attorneys

of record, that all of Plaintiff's claims against the individual Defendant CERCA TROVA SOUTHWEST RESTAURANT GROUP, LLC, be voluntarily dismissed without prejudice, including claims for Negligence and Negligent Hiring, Training, Retention and Supervision, with each of the parties to pay their own attorneys' fees and costs herein incurred.

No Trial date has been set yet.

| January 17th, 2019. | January 24, 2019. |
|---|---|
| **NETTLES LAW FIRM** | **RANALLI ZANIEL FOWLER & MORAN, LLC** |
| [signature] | [signature] |
| **BRIAN D. NETTLES, ESQ.**<br>Nevada Bar No.: 7462<br>**CHRISTIAN M. MORRIS, ESQ.**<br>1389 Galleria Drive. Ste 200<br>Henderson, Nevada 89014<br>Attorneys for Plaintiff<br>ROBERTA REED | **GEORGE M. RANALLI, ESQ.**<br>Nevada Bar No.: 5748<br>**MICHAEL G. TRIPPIEDI, ESQ.**<br>Nevada Bar No. 13973<br>2400 W. Horizon Ridge Parkway<br>Henderson, Nevada 89052<br>Attorney for Defendant<br>*CERCA TROVA SOUTHWEST RESTAURANT GROUP, LLC* |

## ORDER

**BASED UPON THE STIPULATION OF THE PARTIES** and good cause appearing therefore,

**IT IS HEREBY ORDERED** that all of the Plaintiff's claims in this matter against Defendant, *CERCA TROVA SOUTHWEST RESTAURANT GROUP, LLC*, be dismissed without prejudice; each party to bear their own attorneys' fees and costs.

Dated: January 28, 2019.

_____
UNITED STATES DISTRICT COURT