**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**MICHAEL G. TRIPPIEDI, ESQ.**
Nevada Bar No. 13973
**RANALLI ZANIEL FOWLER & MORAN, LLC**
2400 W. Horizon Ridge Parkway
Henderson, Nevada 89052
Telephone: (702) 477-7774
ranalliservice@ranallilawyers.com
Attorney for Defendant,
*OUTBACK STEAKHOUSE OF FLORIDA, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERTA REED, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>OUTBACK STEAKHOUSE OF FLORIDA, LLC, a foreign limited liability company; CERCA TROVA SOUTHWEST RESTAURANT GROUP, LLC, a foreign limited liability company; DOES 1 through 10; ROE CORPORATIONS 11 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30<br><br>Defendants. | **CASE NO.: 2:19-cv-00011**<br><br>**NOTICE OF CORRECTED IMAGE OF THE STIPULATION AND ORDER TO REMAND TO NEVADA STATE COURT AND LIMIT RECOVERABLE DAMAGES TO $75,000** |

This action was originally filed in the Eighth Judicial District Court of the State of Nevada, on December 4, 2018, and thereafter removed to this Court on January 3, 2019. In consideration of a stipulation to remand to State Court, Plaintiff ROBERTA REED stipulates that, if she were to recover

1

damages against OUTBACK STEAKHOUSE OF FLORIDA, LLC for all allegations in her Complaint, such damages would in no event exceed the sum of Seventy-Five Thousand Dollars ($75,000.00). Accordingly, the parties stipulate as follows:

1. This case arises out of a premises liability negligence claim;

2. Pursuant to this Stipulation, under no circumstances can Plaintiff ROBERTA REED recover more than $75,000.00 from Defendant OUTBACK STEAKHOUSE OF FLORIDA, LLC;

3. In no event shall judgment be entered in favor of Plaintiff ROBERTA REED and awarding damages, whether general, special, punitive or otherwise, in an amount in excess of $75,000.00. Such amount does not include attorney's fees, costs or interest that Plaintiff ROBERTA REED could claim as a prevailing party;

4. Plaintiff ROBERTA REED acknowledges and agrees that the full amount of damages, whether general, special, punitive or otherwise, incurred or sustained from any and all claims arising out of or relating to this action, regardless of claim or theory of liability and regardless of whether presently pled or not, is not greater than the total sum of $75,000.00 and she will neither seek nor accept any award of damages in this action greater than this sum;

5. By entering into this stipulation, Defendant OUTBACK STEAKHOUSE OF FLORIDA, LLC neither acknowledges nor concedes any liability with respect to any claims brought by Plaintiff ROBERTA REED in her Complaint, whether original or as may be amended;

6. This action shall be remanded to Nevada District Court, Clark County.

| February 19, 2019. | February 19, 2019. |
|---|---|
| **NETTLES LAW FIRM** | **RANALLI ZANIEL FOWLER & MORAN, LLC** |
| */s/ Brian D. Nettles* | */s/ Michael G. Trippiedi* |
| **BRIAN D. NETTLES, ESQ.**<br>Nevada Bar No.: 7462<br>**CHRISTIAN M. MORRIS, ESQ.**<br>1389 Galleria Drive. Ste 200<br>Henderson, Nevada 89014<br>Attorneys for Plaintiff<br>ROBERTA REED | **GEORGE M. RANALLI, ESQ.**<br>Nevada Bar No.: 5748<br>**MICHAEL G. TRIPPIEDI, ESQ.**<br>Nevada Bar No. 13973<br>2400 W. Horizon Ridge Parkway<br>Henderson, Nevada 89052<br>Attorney for Defendant<br>OUTBACK STEAKHOUSE<br>OF FLORIDA, LLC |

3

RANALLI ZANIEL FOWLER & MORAN, LLC
2400 W. HORIZON RIDGE PARKWAY
HENDERSON, NEVADA 89052
TELEPHONE: (702) 477-7774 FAX: (702) 477-7778

**ORDER**

**BASED UPON THE STIPULATION OF THE PARTIES** and good cause appearing therefore,

**IT IS HEREBY ORDERED** that under no circumstances can Plaintiff ROBERTA REED recover more than $75,000.00 from Defendant OUTBACK STEAKHOUSE OF FLORIDA, LLC;

**IT IS FURTHER ORDERED** that the $75,000 limit on damages recoverable by Plaintiff ROBERTA REED against Defendant OUTBACK STEAKHOUSE OF FLORIDA, LLC does not include attorney's fees, costs or interest that Plaintiff ROBERTA REED could claim as a prevailing party;

**IT IS FURTHER ORDERED** that this case is remanded to Nevada District Court, Clark County.

Dated: February 21, 2019.

_____
UNITED STATES DISTRICT COURT